# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  
    Derek Pollard  
    Emmriene N Pollard  
        Debtor(s)

Case No. 14-32419

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/04/2014.

2) The plan was confirmed on 11/21/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/06/2015.

5) The case was dismissed on 04/10/2015.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,822.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,015.41 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,015.41

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $572.81 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $39.60 |
| Other | $15.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $627.41

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT SECURITY SERVICE | Unsecured | 366.11 | 362.35 | 362.35 | 0.00 | 0.00 |
| ADT SECURITY SERVICE | Unsecured | NA | 1,118.17 | 1,118.17 | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | 4,478.00 | 4,406.09 | 4,406.09 | 353.63 | 34.37 |
| AT&T MOBILITY II LLC | Unsecured | NA | 334.30 | 334.30 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 300.00 | 300.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 776.03 | 776.03 | 0.00 | 0.00 |
| CARL R CUTINELLO | Unsecured | NA | 8,444.04 | 8,444.04 | 0.00 | 0.00 |
| CARL R CUTINELLO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 710.00 | 710.00 | 0.00 | 0.00 |
| CNAC DOWNERS GROVE/BERWYN | Unsecured | 7,332.00 | 6,630.90 | 6,630.90 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 730.72 | 1,220.86 | 1,220.86 | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 313.00 | 695.28 | 695.28 | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 53.43 | 53.43 | 0.00 | 0.00 |
| DJR AUTO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DJR AUTO | Unsecured | 2,840.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Unsecured | 0.00 | 31,919.11 | 31,919.11 | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | 17,267.00 | 8,945.61 | 8,945.61 | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 30.54 | 26.76 | 26.76 | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | NA | 261.06 | 261.06 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 236.96 | 236.96 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 800.00 | 141.15 | 141.15 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 80.60 | 80.60 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,714.44 | 1,714.44 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE | Unsecured | NA | 160.26 | 160.26 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 645.59 | 645.59 | 645.59 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 499.94 | 499.94 | 0.00 | 0.00 |
| NATIONWIDE CREDIT SERVICE LLC | Unsecured | 1,050.00 | 1,329.89 | 1,329.89 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,508.41 | 3,288.35 | 3,288.35 | 0.00 | 0.00 |
| PENN CREDIT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| RIGHTWAY AUTOMOTIVE CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICES | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGISTS SC | Unsecured | 128.31 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN | Unsecured | 1,486.00 | NA | NA | 0.00 | 0.00 |
| TERRY SULLIVAN | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| THE AFFILLIATED GROUP | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| ACCT REC MGMT | Unsecured | 490.31 | NA | NA | 0.00 | 0.00 |
| MINNESOTA UI | Unsecured | 1,477.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN SYS | Unsecured | 1,839.18 | NA | NA | 0.00 | 0.00 |
| OAK FOREST HOSP | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| OXBORO DENTAL | Unsecured | 831.30 | NA | NA | 0.00 | 0.00 |
| PHYS IMMED CARE | Unsecured | 208.18 | NA | NA | 0.00 | 0.00 |
| PORT REC ASSOC | Unsecured | 1,818.51 | NA | NA | 0.00 | 0.00 |
| ROBERT R MUCCI | Unsecured | 138.88 | NA | NA | 0.00 | 0.00 |
| STATE OF WISCONSIN | Unsecured | 276.10 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 334.30 | NA | NA | 0.00 | 0.00 |
| BUDCO FINANCIAL SERVICES | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| CAR HOP | Unsecured | 4,775.79 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 365.25 | NA | NA | 0.00 | 0.00 |
| DISH NTWK | Unsecured | 508.16 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATH ASSOC | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| EMER HEALTHCARE PHYS B | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 819.50 | NA | NA | 0.00 | 0.00 |
| GREENTREE & ASSOC | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| GREENTREE & ASSOC | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Unsecured | 1,136.00 | NA | NA | 0.00 | 0.00 |
| HONOR FINANCIAL | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 170.20 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOCIATES | Unsecured | 5,236.92 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| MINUTECLINIC DIAGNOSTIC OF ILLI | Unsecured | 35.67 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH PARTNERS | Unsecured | 75.11 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Unsecured | 4,478.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARNOLDHARRIS | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| CCI CONTRACT CALLERS INC | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| CCRSERVICES | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 497.92 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES INC | Unsecured | 1,076.03 | NA | NA | 0.00 | 0.00 |
| ADVANCED FAMILY DENTAL JOLIET | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| CREDITCOLLECTION SERVICES | Unsecured | 67.97 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED ACQ | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED ACQ | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY I | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY I | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY I | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| ERICA BOWDRY | Unsecured | 1,165.00 | NA | NA | 0.00 | 0.00 |
| FAMILY MEDICAL CENTER OF BOLII | Unsecured | 79.61 | NA | NA | 0.00 | 0.00 |
| FINANCIAL RECOVERY SERVICES IN | Unsecured | 1,229.92 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| THOMPSON & ASSOC | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT CORP | Unsecured | 171.22 | NA | NA | 0.00 | 0.00 |
| VAN RU | Unsecured | 198.69 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| K C S PROP MGMT | Unsecured | 815.50 | NA | NA | 0.00 | 0.00 |
| SECURITY AUTO LOANS | Unsecured | 1,881.00 | 1,881.56 | 1,881.56 | 0.00 | 0.00 |
| SPRINGER COLLECTIONS | Unsecured | 4,168.00 | 4,167.93 | 4,167.93 | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | NA | 941.77 | 941.77 | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 94.46 | 94.46 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 246.62 | 353.99 | 353.99 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,406.09 | $353.63 | $34.37 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,406.09** | **$353.63** | **$34.37** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $786.74 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$786.74** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$77,918.05** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $627.41 |
| Disbursements to Creditors | $388.00 |
| **TOTAL DISBURSEMENTS :** | **$1,015.41** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/10/2015         By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**